| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF INDIANA<br>INDIANAPOLIS DIVISION | 1:23-cv-01265-TWP-MJD |

-------------------------------------------------------------X     **ORDER**

RAGA ENTERTAINMENT GROUP d/b/a
GARG GROUP

                              Plaintiff(s),

v.

SAI USA, INC., AND AMIT JAITLEY

                             Defendant(s)

-------------------------------------------------------------X

This matter is before the Court on the defendants Sai USA, Inc., and Amit Jaitley motion to extend their time to respond to the plaintiff's pending motion from August 24, 2023, to September 21, 2023, and the Court having reviewed the Motion and being duly advised, hereby finds that the Motion is meritorious and shall be **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that:

The Defendants response to the plaintiff's pending Motion to Remand (Dkt. 10) is extended from August 24, 2023, to September 21, 2023.

Date: 8/30/2023

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Cc by email:

William J. Barkimer (wbarkimer@kdlegal.com)
Krieg DeVault LLP

Faith E. Alvarez (faith@faithalvarez.com)
Alvarez Legal, LLC

Vivek Suri (lawyer@surilawoffice.com)
Law Offices of Vivek Suri